UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOSE ADOLFO ZALDANA-MENJIVAR,

    Petitioner,                                Case No. 15-cv-12512
                                                Hon. Matthew F. Leitman

v.

DIRECTOR, BUREAU OF IMMIGRATION
AND CUSTOMS ENFORCEMENT,

    Respondent.
_____/

**<u>ORDER DIRECTING SERVICE AND
STAYING REMOVAL OR DEPORTATION</u>**

The Petitioner brings this Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241. The Court has reviewed it and deems that it is not appropriate for summary dismissal, therefore,

**IT IS ORDERED** that the Clerk of the Court is directed to serve photocopies of the petition and this order upon the United States Attorney via facsimile transmission and first-class mail, and upon the Respondent via first-class mail. The Respondent shall file a response to this petition, along with relevant or supporting documentation no later than August 17, 2015. The Petitioner may respond no later than August 24, 2015.

In order to preserve the Court's jurisdiction over this matter, it is ordered that Petitioner's removal or deportation is hereby stayed until further order of the Court. 28 U.S.C. § 1651. For good cause shown, the Government may move to vacate this stay.

The named respondent in a matter seeking review of a decision of the Bureau of Immigration and Customs Enforcement is the Director of that agency. Therefore, it is ordered that the caption of this case is amended as shown above.

/s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: August 6, 2015

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on August 6, 2015, by electronic means, facsimile and ordinary mail.

s/Holly A. Monda
Case Manager
(313) 234-5113