UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOSE ADOLFO ZALDANA-MENJIVAR,

       Petitioner,                         Case No. 15-cv-12512
                                                    Hon. Matthew F. Leitman

v.

DIRECTOR, BUREAU OF IMMIGRATION
AND CUSTOMS ENFORCEMENT,

       Respondent.

_____/

### ORDER DISMISSING PETITION FOR WRIT OF HABEAS CORPUS (ECF #1)

On July 15, 2015, Petitioner Jose Adolfo Zaldana-Menjivar ("Petitioner") filed a petition in this Court seeking a writ of habeas corpus (the "Petition"). (*See* ECF #1.) Petitioner argued that he was being unlawfully detained pending his removal from this country, and he asked that the Court release him from custody because his removal was not "reasonably foreseeable." (*Id.* at ¶ 23.)

Respondent filed a Notice with this Court on August 25, 2015, informing the Court that United States Immigrations and Customs Enforcement removed Petitioner from this country on August 21, 2015. (*See* ECF #11 at 1, Pg. ID 88.) As Petitioner is no longer in custody, the Petition is now moot.

1

Therefore, for the reasons stated above, **IT IS HEREBY ORDERED** that the Petition (ECF #1) is **DISMISSED**.

/s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: September 1, 2015

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on September 1, 2015, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(313) 234-5113

2